```
Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668058072
Cashier ID: nlinkes
Transaction Date: 08/28/2019
Payer Name: Timothy Angerett
--------------------------------
CIVIL FILING FEE
 For: Trent Tompkins
 Case/Party: D-PAW-2-19-CV-001089-001
 Amount:        $400.00
--------------------------------
CHECK
 Check/Money Order Num: 2020
 Amt Tendered: $400.00
--------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00
```